IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENT MORGAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ARION CAPITAL MANAGEMENT, | : | |
| LLC, et al. | : | NO. 21-3557 |

**O R D E R**

AND NOW, this 15th day of July, 2022, upon consideration of the cross motions for summary judgment (Docs. 31 & 32), the responses (Docs. 33 & 34), and for the reasons stated the in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motions for Summary Judgment are DENIED.

BY THE COURT:

/s/ Elizabeth T. Hey
ELIZABETH T. HEY, U.S.M.J.