# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENT MORGAN, | : |
| | : Civil Action No. |
| Plaintiff | : 21-cv-03557-ETH |
| | : |
| v. | : |
| | : |
| ARION CAPITAL MANAGEMENT, LLC | : |
| | : |
| And | : |
| | : |
| LARRY FRASCELLA | : |
| | : |
| Defendants | : |

## SATISFACTION OF JUDGMENT

Kindly mark the judgment entered in the above captioned case satisfied.

*Michael J. Salmanson*
Michael J. Salmanson, ID. 46707
SALMANSON GOLDSHAW, P.C.
Two Penn Center, Suite 1230
1500 John F. Kennedy Boulevard
Philadelphia, PA   19102
215-640-0593
215-640-0596 (fax)

Dated:  July 14, 2023

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENT MORGAN, | : |
| | : Civil Action No. |
| Plaintiff | : 21-cv-03557-ETH |
| | : |
| v. | : |
| | : |
| ARION CAPITAL MANAGEMENT, LLC | : |
| | : |
| And | : |
| | : |
| LARRY FRASCELLA | : |
| | : |
| Defendants | : |

### **CERTIFICATE OF SERVICE**

I, Michael J. Salmanson, Esquire, do hereby certify that I have served a true and correct copy of the Satisfaction of Judgment by virtue of filing electronically via the Court's Electronic Document Filing System on July 14, 2023, upon the following counsel of record:

> Thomas P. Muldoon, Jr., Esquire
> Muldoon & Shields, LLC
> 1500 Walnut Street, Suite 500
> Philadelphia, PA   19102
>
> *Attorney for Defendants, Arion Capital Management, LLC*
> *And Larry Frascella*

_____
Michael J. Salmanson
SALMANSON GOLDSHAW, P.C.
Two Penn Center, Suite 1230
1500 John F. Kennedy Boulevard
Philadelphia, PA   19102
215-640-0593
215-640-0596 (fax)

Dated:  July 14, 2023